**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT LARSON,** | **1:16-cv-766-LJO-GSA (PC)** |
| **Plaintiff,** | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| **JAMES MCDONALD, et al.,** | |
| **Defendants.** | |

On September 8, 2016, Plaintiff filed a motion to dismiss this case in which he requests that the Court dismiss this case without prejudice. The Court will construe motion as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the Court ORDERS that:

1. All pending deadlines are VACATED;
2. This case is DISMISSED without prejudice; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 20, 2016**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1